IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **NICOLA CIPOLLA,** | ) | No. 06 B 16428 |
| | ) | |
| Debtor(s), | ) | |

## NOTICE OF MOTION

TO:   OFFICE OF U.S. TRUSTEE, Via CM/ECF System
      Richard L. Hirsh, Via CM/ECF System

    PLEASE TAKE NOTICE that on the 17th day of July, 2009 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                                   /s/ GINA B. KROL
                                   GINA B. KROL
                                   105 W. Madison St., Ste 1100
                                   Chicago, IL 60602
                                   312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
|                   | ) SS |
| COUNTY OF C O O K | ) |

    GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto directed to the persons shown above, via electronic system, this 29th day of June, 2009.

                                   /s/ GINA B. KROL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                           )
                                 )
    NICOLA CIPOLLA,              )    Case No. __06 B 16428__
        Debtor(s).            )
                                 )    Chapter ____7____
                                 )
                                      Judge John H. Squires

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: __ALAN D. LASKO and ALAN D. LASKO & ASSOCIATES, P.C.__

Authorized to Provide
Professional Services to: __GINA B. KROL, Trustee in Bankruptcy__

Date of Order Authorizing Employment: __April 11, 2008__

Period for Which
Compensation is sought: __June 4, 2008 through October 8, 2008__

Amount of Fees sought: __$1,760.40__

Amount of Expense
Reimbursement sought: __$18.30__

This is an: Interim Application _____   Final Application __X__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| 6/9/08 | 4/11/08 to 6/3/08 | $1,173.20 | $1,173.20 |

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is:

$ __1,173.20__

Date: __June 29, 2009__

Applicant ALAN D. LASKO
by: __/s/ GINA B. KROL__
      Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Estate of Nicola Cipolla ) | No. 06 B 16428 |
| ) | |
| 75-6806130 ) | Chapter 7 |
| Debtor ) | |
| ) | Hon. John H. Squires |

SECOND AND FINAL APPLICATION
OF ALAN D. LASKO & ASSOCIATES, P.C.
FOR ALLOWANCE COMPENSATION AND EXPENSES

ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C., Certified Public Accountants, request second and final compensation of $1,760.40 and expenses of $18.30 for the time period from June 4, 2008 through October 8, 2008. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached as Exhibit A is the Affidavit pursuant to Bankruptcy Rule 2016.

GENERAL

The Debtor filed a petition under Chapter 7 of the Federal Bankruptcy Code on or about December 12, 2006 and a Trustee was appointed. On April 11, 2008, Alan D. Lasko & Associates, P.C. was approved by the Court issued as the accountants for the Trustee. It should be noted that the Applicant had submitted and was approved for a "first and final" fee petition for the period April 11, 2008 to June 3, 2008 of compensation of $1,158.80 and expenses of $14.40. This occurred because the Applicant did not know that there would be a sale by the Trustee of Estate assets in 2008. A final short-period return has now been prepared and signed by the Trustee for 2008 and this Application reflects the income tax return for this period.

**ESTATE OF NICOLA CIPOLLA**

A recap of compensation requested is as follows:

|  | Amount |
|---|---|
| Billing | $ 104.00 |
| Year-End Work | 1,656.40 |
|  | $ 1,760.40 |

The following represents a description of the primary individuals in this engagement.

<u>Alan D. Lasko – CPA, CIRA</u>

Mr. Lasko has worked primarily in the bankruptcy field over the last 23 years. He brings his 32 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA). Mr. Lasko is also a member of the American Bankruptcy Institute, the National Association of Bankruptcy Trustees, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

2

# ESTATE OF NICOLA CIPOLLA

<u>James Delahunt, JD, CPA, MST – Tax Manager</u>

Mr. Delahunt has worked primarily in the field of taxation for over 28 years. He has worked in most areas of taxation, including but not limited to, business returns, individual returns, as well as estates and trusts. Mr. Delahunt has worked in the field of insolvency during this time period as well. Mr. Delahunt is an attorney and a certified public accountant and has his Masters in Taxation. He is a member of the American Bar Association, American Institute of Certified Public Accountants and Illinois CPA Society.

<u>Susan J. Kilgore, CPA – Manager</u>

Ms. Kilgore has 31 years of experience working as a manager and staff person in public accounting. She has worked for a large and small accounting firm over this period. She has substantial experience working primarily with commercial accounts of all sizes performing audits and year-end accounting and tax preparation. She also has worked with a variety of different types of for-profit and not-for-profit companies. She has an undergraduate degree in accounting and achieved the National Honor Society for Business Administration while in school. She is a certified public accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

<u>Tricia Kong – Staff</u>

Ms. Kong is a first-year staff person performing accounting and tax services. Ms. Kong has a Masters in Accounting from the University of Illinois at Chicago and a Bachelor's of Commerce from the University of Alberta, Edmonton.

3

**ESTATE OF NICOLA CIPOLLA**

## STAFF – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

### BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost                  <u>$104.00</u>

4

## ESTATE OF NICOLA CIPOLLA

A recap of compensation for this category is as follows:

|                  | Hours | Rate        | Amount      |
|------------------|-------|-------------|-------------|
| A. Lasko         | 0.2   | $ 245.00    | $   49.00   |
| C. Wilson, Staff | 1.0   |    55.00    |     55.00   |
|                  | 1.2   |             | $  104.00   |

## YEAR-END WORK

The Applicant incurred 12.2 hours in the preparation of the Estate's 2008 workpapers and short year-end tax returns.

The work also included the following:

- Summarized Trustee's cash receipts and disbursements.
- Prepared Internal Revenue Service 60-day determination letter for 2008.
- Estimated time to prepare Estate's information tax returns.

Cost            $1,656.40

A recap of compensation for this category is as follows:

|               | Hours | Rate      | Amount      |
|---------------|-------|-----------|-------------|
| A. Lasko      | 3.4   | $ 245.00  | $   833.00  |
| T. Kong, Staff| 6.9   |    94.00  |     648.60  |
| C. Lee, Staff | 1.9   |    92.00  |     174.80  |
|               | 12.2  |           | $ 1,656.40  |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

5

## ESTATE OF NICOLA CIPOLLA

| | | | |
|---|---|---|---|
| Owner | $190 | - | $245 |
| Manager/Director | 170 | - | 190 |
| Supervisors | 150 | - | 170 |
| Senior | 110 | - | 150 |
| Assistant | 40 | - | 110 |

## EXPENSES

Year-End Work             $   18.30

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested second and final compensation of $1,760.40 and expenses of $18.30 should be allowed for services by your Applicant for the period June 4, 2008 through October 8, 2008.

*[signature]*

Alan D. Lasko

Alan D. Lasko & Associates, P.C.
29 South LaSalle Street
Suite 1240
Chicago, Illinois  60603
(312) 332-1302

6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Estate of Nicola Cipolla | ) | No. 06 B 16428 |
| | ) | |
| 75-6806130 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. John H. Squires |

**AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016**

**STATE OF ILLINOIS)**
) SS.
**COUNTY OF COOK )**

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Gina B. Krol, Chapter 7 Trustee in this case ("Trustee").

2. I have read the second and final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4. It should be noted that the Applicant had submitted and was approved for a "first and final" fee petition for the period April 11, 2008 to June 3, 2008 of compensation of $1,158.80 and expenses of $14.40. This occurred because the Applicant did not know that there would be a sale by the Trustee of Estate assets in 2008. A final short-period return has now been prepared and signed by the Trustee for 2008 and this Application reflects the income tax return for this period.

7

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of October, 2008.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/11/12

8

| 10/8/2008 | Alan D. Lasko & Associates, P.C. | | |
|---|---|---|---|
| 10:33 AM | Pre-bill Worksheet | | Page    1 |

## Selection Criteria

| Clie.Selection | Include: Cipolla.002; Cipolla.012 |
|---|---|

| Nickname | Cipolla.002 | 2969 | | |
|---|---|---|---|
| Full Name | Estate of Nicola Cipolla | | |
| Address | c/o Gina B. Krol, Trustee | | |
| | 105 W. Madison | | |
| | Suite 1100 | | |
| | Chicago IL 60602 | | |
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | tax prep | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 6/3/2008 | | |
| Last charge | 10/8/2008 | | |
| Last payment | 7/11/2008 | Amount | $1,070.20 |

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 8/22/2008 | A. Lasko | 245.00 | 0.60 | 147.00 | Billable |
| 66416 | 800 | | | | |
| | review of data received from trustee and set up staff for 08 final tax work | | | | |
| 8/25/2008 | A. Lasko | 245.00 | 0.20 | 49.00 | Billable |
| 66435 | 800 | | | | |
| | assist staff with quesitons | | | | |
| 8/25/2008 | T. Kong | 94.00 | 3.70 | 347.80 | Billable |
| 66440 | 800 | | | | |
| | preparing workpapers and income tax returns -2008 | | | | |
| 8/25/2008 | A. Lasko | 245.00 | 0.40 | 98.00 | Billable |
| 66445 | 800 | | | | |
| | review of data received from trustee and prepared updated work to do for starff | | | | |
| 8/26/2008 | A. Lasko | 245.00 | 0.20 | 49.00 | Billable |
| 66455 | 800 | | | | |
| | respond to trustee regarding an irs notice for the prior tax return. Trustee ironically received another notice the same day re: irs has now properly processed the payment of tax. | | | | |
| 8/26/2008 | A. Lasko | 245.00 | 0.20 | 49.00 | Billable |
| 66467 | 800 | | | | |
| | follow up with trustee re: irs notice for 07 return and resolved | | | | |
| 8/26/2008 | T. Kong | 94.00 | 3.20 | 300.80 | Billable |
| 66518 | 800 | | | | |
| | make changes to workpapers and income tax return - final | | | | |
| 9/16/2008 | C. Lee | 92.00 | 1.90 | 174.80 | Billable |
| 66930 | 800 | | | | |
| | retraced 2008 workpapers and year end tax returns prepared by other associate / checked to see whether we need to prepare any amended returns | | | | |

| 10/8/2008 | Alan D. Lasko & Associates, P.C. | | |
|---|---|---|---|
| 10:33 AM | Pre-bill Worksheet | | Page    2 |

Cipolla.002:Estate of Nicola Cipolla (continued)

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/4/2008<br>67358 | A. Lasko<br>800<br>review of workpapers and tax returns for final period 08 | 245.00 | 1.20 | 294.00 | Billable |
| 10/7/2008<br>67448 | A. Lasko<br>800<br>prepared irs 60 day letter | 245.00 | 0.20 | 49.00 | Billable |
| 10/7/2008<br>67449 | A. Lasko<br>800<br>sign off of federal and state tax returns and irs 60 day copy and letter | 245.00 | 0.40 | 98.00 | Billable |
| TOTAL | Billable Fees | | 12.20 | | $1,656.40 |

| Date<br>ID | User<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/7/2008<br>67450 | A. Lasko<br>115<br>photocopy costs - copies of federal and state tax returns and irs 60 day copy and letter (103 @ $.10) | 10.30 | 1.000 | 10.30 | Billable |
| 10/8/2008<br>67480 | C. Wilson<br>116<br>Delivery to Gina Krol - confirmation #4125038 | 8.00 | 1.000 | 8.00 | Billable |
| TOTAL | Billable Costs | | | | $18.30 |

### Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement: Slips**<br>By billing value on each slip. | . | |
| Total of billable time slips<br>Total of Fees (Time Charges) | $1,656.40 | $1,656.40 |
| **Costs Bill Arrangement: Slips**<br>By billing value on each slip. | | |
| Total of billable expense slips<br>Total of Costs (Expense Charges) | $18.30 | $18.30 |
| Total new charges | | $1,674.70 |
| Previous Balance<br>120 Days<br>Total Previous Balance | $1,070.20 | $1,070.20 |

| 10/8/2008 | Alan D. Lasko & Associates, P.C. | | |
|---|---|---|---|
| 10:33 AM | Pre-bill Worksheet | | Page 3 |

Cipolla.002:Estate of Nicola Cipolla (continued)

| | Amount | Total |
|---|---|---|

**Accounts Receivables**

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 7/11/2008 7835 | PAY | Payment - thank you | ($1,070.20) | |
| **Total Accounts Receivable** | | | | ($1,070.20) |

**New Balance**
Current                                                                      $1,674.70

**Total New Balance**                                                        $1,674.70

| | | | | |
|---|---|---|---|---|
| 10/8/2008 | Alan D. Lasko & Associates, P.C. | | | |
| 10:33 AM | Pre-bill Worksheet | | Page | 4 |

| | |
|---|---|
| Nickname | Cipolla.012 | 2970 |
| Full Name | Estate of Nicola Cipolla |
| Address | c/o Gina B. Krol, Trustee |
| | 105 W. Madison |
| | Suite 1100 |
| | Chicago IL 60602 |

| | | | |
|---|---|---|---|
| Phone 1 | | Phone 2 | |
| Phone 3 | | Phone 4 | |
| In Ref To | fee petition | | |
| Fees Arrg. | By billing value on each slip | | |
| Expense Arrg. | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 6/3/2008 | | |
| Last charge | 10/8/2008 | | |
| Last payment | 7/11/2008 | Amount | $103.00 |

| Date | User | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/8/2008 | C. Wilson | 55.00 | 1.00 | 55.00 | Billable |
| 67478 | 800 | | | | |
| | Prepared second and final fee petition. | | | | |
| 10/8/2008 | A. Lasko | 245.00 | 0.20 | 49.00 | Billable |
| 67479 | 800 | | | | |
| | preparation of fee petition | | | | |
| TOTAL | Billable Fees | | 1.20 | | $104.00 |

Total of billable expense slips    $0.00

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|

**Fees Bill Arrangement: Slips**
By billing value on each slip.

| | | |
|---|---|---|
| Total of billable time slips | $104.00 | |
| Total of Fees (Time Charges) | | $104.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $104.00 |
| Previous Balance | | |
| 120 Days | $103.00 | |
| Total Previous Balance | | $103.00 |

**Accounts Receivables**

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 7/11/2008 | PAY | Payment - thank you | ($103.00) | |
| 7832 | | | | |
| Total Accounts Receivable | | | | ($103.00) |

10/8/2008          Alan D. Lasko & Associates, P.C.
10:33 AM             Pre-bill Worksheet          Page    5

Cipolla.012:Estate of Nicola Cipolla (continued)

|  | Amount | Total |
|---|---|---|
| **New Balance** Current | $104.00 |  |
| **Total New Balance** |  | $104.00 |