JOHN H. SQUIRES

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
CIPOLLA, NICOLA § Case No. 06-16428 SQU
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ___ of the United States Bankruptcy Code on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____ By:/s/GINA B. KROL_____
                                                     Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**

Case 06-16428   Doc 60   Filed 11/05/10   Entered 11/05/10 16:26:03   Desc Main
                                   INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
                                                    ASSET CASES
Document     Page 3 of 11                                                                                Page: 1

| Case No: | 06-16428 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL | Exhibit A |
| Case Name: | CIPOLLA, NICOLA | | | Date Filed (f) or Converted (c): | 12/12/06 (f) | |
| | | | | 341(a) Meeting Date: | 01/16/07 | |
| For Period Ending: 11/04/10 | | | | Claims Bar Date: | 05/14/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RENTAL INCOME | 0.00 | 750.00 | | 12,000.00 | FA |
| 2. RENTAL PROPERTY | 300,000.00 | 112,000.00 | | 112,000.00 | FA |
| 3. REFUND (u) | 0.00 | 94.47 | | 94.47 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 269.29 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $300,000.00 | $112,844.47 | | $124,363.76 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee completed Estate's tax return. Trustee to prepare TFR

Initial Projected Date of Final Report (TFR): 07/31/08     Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4312  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 11/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/01/07 | 1 | Linda Cipolla<br>716 N. 8th Avenue<br>Addison, IL  60101 | Rent December 2006 | 1122-000 | 750.00 | | 750.00 |
| 02/07/07 | 1 | Linda & Nicola Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | Rent January & February 2007 | 1122-000 | 1,500.00 | | 2,250.00 |
| 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 1.74 | 2,248.26 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.15 | | 2,249.41 |
| 03/26/07 | 1 | Linda Cipolla | Rent March 2007 | 1122-000 | 750.00 | | 2,999.41 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.97 | | 3,001.38 |
| 04/23/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | April 2007 Rent | 1122-000 | 750.00 | | 3,751.38 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.57 | | 3,753.95 |
| 05/23/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | May 2007 Rent | 1122-000 | 750.00 | | 4,503.95 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.25 | | 4,507.20 |
| 06/13/07 | 1 | Linda Cipolla<br>716 N. 8th Avenue<br>Addison, IL  60101 | June 2007 Rent | 1122-000 | 750.00 | | 5,257.20 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.97 | | 5,261.17 |
| 07/09/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | July 2007 Rent | 1122-000 | 750.00 | | 6,011.17 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.88 | | 6,016.05 |
| 08/22/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | August 2007 Rent | 1122-000 | 750.00 | | 6,766.05 |

Page Subtotals    6,767.79    1.74

UST Form 101-7-TFR (9/1/2009) *(Page: 4)*

Ver: 15.20

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4312 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 11/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.21 | | 6,771.26 |
| 09/24/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | September 2007 Rent | 1122-000 | 750.00 | | 7,521.26 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.36 | | 7,525.62 |
| 10/22/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | October 2007 Rent | 1122-000 | 750.00 | | 8,275.62 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.80 | | 8,280.42 |
| 11/29/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | November 2007 Rent | 1122-000 | 750.00 | | 9,030.42 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.41 | | 9,034.83 |
| 12/18/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | December 2007 Rent | 1122-000 | 750.00 | | 9,784.83 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.37 | | 9,789.20 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.88 | | 9,793.08 |
| 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 9.21 | 9,783.87 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.33 | | 9,786.20 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.31 | | 9,788.51 |
| 04/07/08 | 2 | First American Title Insurance Company<br>608 S. Washington St., Ste. 205<br>Naperville, IL 60540 | Sale of Rental Property | | 109,034.02 | | 118,822.53 |
| | | | Memo Amount: ( 2,674.47 )<br>Real Estate Tax Credit | 2820-000 | | | |
| | | | Memo Amount: ( 291.51 )<br>Insurance Credit | 2420-000 | | | |
| | | | Memo Amount: 112,000.00 | 1110-000 | | | |

Page Subtotals 112,065.69 9.21

Exhibit B

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4312 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 11/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/08 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60 1 | Sale of Rental Property<br>Rent/ Jan, Feb & Mar 2008 | 1122-000 | 2,250.00 | | 121,072.53 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 17.07 | | 121,089.60 |
| 05/27/08 | 000303 | Internal Revenue Service | Tax due 12/31/07 | 2810-000 | | 208.00 | 120,881.60 |
| 05/27/08 | 000304 | Illinois Department of Revenue | Tax due 12/31/07 | 2810-000 | | 260.00 | 120,621.60 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.38 | | 120,636.98 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 14.84 | | 120,651.82 |
| 07/08/08 | 000305 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 1,158.80 | 119,493.02 |
| 07/08/08 | 000306 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenses per Court order | 3420-000 | | 14.40 | 119,478.62 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 15.24 | | 119,493.86 |
| * 08/19/08 | 000307 | Internal Revenue Service<br>Cincinnati, OH 4599900039 | Tax Due on 2007 1041 | 2810-003 | | 117.41 | 119,376.45 |
| * 08/19/08 | 000307 | Internal Revenue Service<br>Cincinnati, OH 4599900039 | Tax Due on 2007 1041 | 2810-003 | | -117.41 | 119,493.86 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 15.17 | | 119,509.03 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 14.70 | | 119,523.73 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.59 | | 119,535.32 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 9.79 | | 119,545.11 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 6.47 | | 119,551.58 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.03 | | 119,553.61 |
| 02/17/09 | 000308 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 93.08 | 119,460.53 |

Page Subtotals    2,372.28    1,734.28

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

LFORM24

Ver: 15.20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**   Exhibit B

| Case No: | 06-16428 -SQU | Trustee Name: | GINA B. KROL |
| Case Name: | CIPOLLA, NICOLA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4312 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | |
| For Period Ending: | 11/04/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.83 | | 119,462.36 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.03 | | 119,464.39 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.91 | | 119,469.30 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.07 | | 119,474.37 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.92 | | 119,479.29 |
| 07/22/09 | 000309 | Alan Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 1,760.40 | 117,718.89 |
| 07/22/09 | 000310 | Alan Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenses per Court Order | 3410-000 | | 18.30 | 117,700.59 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.07 | | 117,705.66 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,710.66 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,715.50 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,720.50 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,725.34 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,730.34 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,735.34 |
| 02/09/10 | 000311 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 87.39 | 117,647.95 |
| 02/11/10 | 3 | Internal Revenue Service | | 1224-000 | 94.47 | | 117,742.42 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.52 | | 117,746.94 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,751.94 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,756.78 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,761.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,766.62 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,771.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,776.62 |

Page Subtotals    182.18    1,866.09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4312  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 11/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,781.46 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-002 | 5.00 | | 117,786.46 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 112,000.00 | COLUMN TOTALS | 121,397.78 | 3,611.32 | 117,786.46 |
| Memo Allocation Disbursements: | 2,965.98 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 121,397.78 | 3,611.32 | |
| Memo Allocation Net: | 109,034.02 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 121,397.78 | 3,611.32 | |
| | | | | **NET** | **ACCOUNT** |
| Total Allocation Receipts: | 112,000.00 | TOTAL - ALL ACCOUNTS | **NET DEPOSITS** | **DISBURSEMENTS** | **BALANCE** |
| Total Allocation Disbursements: | 2,965.98 | Money Market Account (Interest Earn - ********4312 | 121,397.78 | 3,611.32 | 117,786.46 |
| Total Memo Allocation Net: | 109,034.02 | | 121,397.78 | 3,611.32 | 117,786.46 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/  GINA B. KROL   Date: 11/04/10
GINA B. KROL

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*                        Page Subtotals       9.84           0.00                Ver: 15.20
LFORM24

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-16428 SQU
Case Name: CIPOLLA, NICOLA
Trustee Name: GINA B. KROL

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: GINA B. KROL | $_____ | $_____ |
| Attorney for trustee: Cohen & Krol | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: Cohen & Krol | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000003B* | *Illinois Department of Revenue* | $ | $ |
| *000011* | *Internal Revenue Service* | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002* | *Advance Me, Inc.d/b/a Birdsong Services* | $ | $ |
| *000003A* | *Illinois Department of Revenue* | $ | $ |
| *000006* | *Pork King* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000009 | JPMorgan Chase Bank | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $     .