IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 7 |
| | ) | |
| **NICOLA CIPOLA** | ) | No. 06 B 16428 |
| | ) | |
| | ) | Judge John H. Squires |
| Debtor. | ) | |

## FIRST AND FINAL FEE APPLICATION & REQUEST FOR REIMBURSEMENT OF EXPENSES OF COHEN & KROL

NOW COMES Cohen & Krol, as attorneys for Chapter 7 Trustee Gina B. Krol, and applies to this Honorable Court for an order approving the payment of fees in the amount of $9,322.00 and expenses in the amount of $247.21 pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in support thereof states as follows:

### I. BACKGROUND

1. On December 12, 2006, the Debtor Nicola Cipola, filed the instant Voluntary Petition under Chapter 7 of Title 11, United States Code.

2. That Gina B. Krol is the duly appointed, qualified and acting Trustee herein.

3. That the Section 341 Meeting of Creditors was held on January 16, 2007.

4. That employment of Cohen & Krol as attorneys for the Trustee was authorized by this Court on January 26, 2007.

5. This is the First and Final Fee Application & Request for Reimbursement of Expenses brought by Cohen & Krol. No previous Fee Application or Request for Reimbursement of Expenses was brought by Cohen & Krol in the instant matter.

## II. SERVICES COVERED BY THIS APPLICATION

6.   Cohen & Krol rendered services in the instant case which benefitted the Debtor's Bankruptcy Estate during the period of January 23, 2007 to September 24, 2010. See Itemization of the Services Rendered, attached hereto as Exhibit "A."

7.   The services performed by Cohen & Krol are described in the following paragraphs and are summarized as follows:

| ACTIVITY | HOURS | AMOUNT REQUESTED |
|---|---|---|
| Adversary Complaint | 5.80 | $1,987.50 |
| Objection to Claims | 6.00 | $2,430.00 |
| Prof. Employment | 6.10 | $2,394.50 |
| Sale of Assets | 6.40 | $2,510.00 |
| **TOTAL:** | **24.30** | **$9,322.00** |

8. **ADVERSARY COMPLAINT**

Cohen & Krol filed an adversary complaint, case #07-ap-00463, to avoid the interest of Certified Grocers Midwest, Inc. in the Debtor's property, so that the Trustee can sell the property free and clear of liens; appeared in Court for status hearings on the adversary complaint; and prepared and obtained from the Court an Order Determining Interests in Property and Authorizing Trustee's Sale of the Property.

Cohen & Krol has expended 5.80 hours in performing the above-described services and is seeking compensation in the amount of $1,987.50.

9. **OBJECTION TO CLAIMS**

Cohen & Krol reviewed 11 separate claims filed in the Debtor's case; prepared and filed six objections to the claims; appeared in court on the objections; and reviewed responses filed to two of the objections.

Cohen & Krol has expended 6.00 hours in performing the above-described services and is seeking compensation in the amount of $2,430.00.

10. **PROFESSIONAL EMPLOYMENT**

Cohen & Krol drafted motion to employ itself as attorneys for the Trustee and appeared in Court on the motion; drafted motion to employ Alan Lasko as accountant for Trustee and appeared in Court on the motion; drafted motions for compensation of Alan Lasko and appeared in Court on the motions.

Cohen & Krol has expended 6.10 hours in performing the above-described services and is seeking compensation in the amount of $2,394.50.

11. **SALE OF ASSETS**

Cohen & Krol drafted motion to sell Debtor's 50% interest in real estate; appeared in Court on the motion; drafted closing documents and attended closing for the sale of real estate.

Cohen & Krol has expended 6.40 hours in performing the above-described services and is seeking compensation in the amount of $2,510.00.

## III. SUMMARY

12. That the hourly rate for Cohen & Krol is as follows:

| Attorney | Year | Rate | Hours | Total |
|---|---|---|---|---|
| Gina B. Krol | 2007 | 375.00 | 5.70 | $2,137.50 |
| Gina B. Krol | 2008 | 395.00 | 8.60 | $3,397.00 |
| Gina B. Krol | 2009 | 405.00 | 1.50 | $607.50 |
| Gina B. Krol | 2010 | 405.00 | 6.00 | $2,430.00 |
| Linda M. Kujaca | 2007 | 300.00 | 2.50 | $750.00 |
| **Total hours/fees** | | | 24.30 | $9,322.00 |

13. That the fair market value of the services to the Debtor's Bankruptcy Estate rendered by Cohen & Krol, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by Cohen & Krol for services of this type is $9,322.00.

14. That Cohen & Krol has further incurred expenses related to the instant matter in the amount of $247.21.

15. That the above-described fees and expenses are sought to be allowed and paid to Cohen & Krol by the Trustee, Gina B. Krol.

## IV. CONCLUSION

WHEREFORE, Cohen & Krol, requests that this Court enter an Order:

A. Determining that the legal services and fees incurred were necessary and reasonable;

4

B. Allowing compensation to Cohen & Krol in the amount of $9,322.00, to be paid by the Trustee Gina B. Krol;

C. Allowing the Trustee to reimburse Cohen & Krol for expenses in the amount of $247.21;

D. Granting such other and further relief as this court may deem just and proper.

Respectfully submitted:

By: /s/ Yan Teytelman
    For Trustee Gina B. Krol

JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
Cohen & Krol
105 West Madison Street, Suite 1100
Chicago, IL 60602
(312) 368-0300