JOHN H. SQUIRES

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
 § 
CIPOLLA, NICOLA § Case No. 06-16428 SQU
 § 
Debtor(s) § 

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT
        KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/03/2010 in Courtroom 4016,
        United States Courthouse
        505 N. County Farm Rd.
        Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/04/2010          By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CIPOLLA, NICOLA § Case No. 06-16428 SQU
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 124,363.76 |
| *and approved disbursements of* | $ | 6,577.30 |
| *leaving a balance on hand of*[1] | $ | 117,786.46 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: GINA B. KROL* | $ 9,467.94 | $ 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ 9,322.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| Other: Cohen & Krol | $ 0.00 | $ 247.21 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 83,992.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003B | Illinois Department of Revenue | $ 80,980.00 | $ 80,980.00 |
| 000011 | Internal Revenue Service | $ 3,012.42 | $ 3,012.42 |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,853.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Advance Me, Inc.d/b/a Birdsong Services | $ 52,962.23 | $ 4,919.99 |
| 000003A | Illinois Department of Revenue | $ 13,524.00 | $ 1,256.33 |
| 000006 | Pork King | $ 8,109.28 | $ 753.32 |
| 000009 | JPMorgan Chase Bank | $ 84,258.03 | $ 7,827.25 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales             Page 1 of 2                   Date Rcvd: Nov 08, 2010
Case: 06-16428                Form ID: pdf006             Total Noticed: 91

The following entities were noticed by first class mail on Nov 10, 2010.
db           +Nicola Cipola,    716 N. 8TH AVENUE,    Addison, IL 60101-2085
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    Law Office of Deborah K. Ebner,    11 E. Adams,    Suite 904,
               Chicago, IL 60603-6306
aty          +Richard L Hirsh,    Richard L Hirsh & Associates PC,    1500 Eisenhower Lane,    Suite 800,
               Lisle, IL 60532-2135
tr           +Gina B Krol,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
11057279      AT&T,    P.O. Box 9001309,    Louisville, KY 40290-1309
11057278     +AT&T,    Bill Payment Center,    Saginaw, MI 48663-0001
11057274     +Advance Me, Inc.d/b/a Birdsong Services,    600 Town Park Lane, Suite 500,
               Kennesaw, GA 30144-3734
11057275     +Amigo Foods,    c/o Gaido & Fintzen,    30 N. LaSalle Ste #3010,    Chicago, IL 60602-2872
11057277     +Antognoli,    1800 N. Pulaski Road,    Chicago, IL 60639-4916
11057280     +Athenian Foods,    3051-53 N. Cicero Avenue,    Chicago, IL 60641-5107
11057281     +Bari Foods,    710 Schneider Drive,    South Elgin, IL 60177-1160
11057283     +Bob Evans,    3776 S. High Street,    Columbus, OH 43207-4000
11057284     +Bureau of Weigths & Measures,    801 E. Sangamon Avnnue,    State Fairgrounds,
               Springfield, IL 62702-1813
11057285     +Cappuccitti Pawlowicz, Acct Service,    21W770 Thorndale,    Medinah, IL 60157-9637
11057286      Caufield & Flood,    185-1 Heritage Drive,    Edgerton, WI 53534
11057287     +Certified Grocers,    One Certified Drive,    Hodgins, IL 60525-4894
11057288     +Chase Bank,    P.O. Box 260161,    Baton Rouge, LA 70826-0161
11057289     +Chicago Tribune,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
11057290     +Cintas Corp #355,    c/o Johnson Morgan & White,    6800 Broken Sound Parkway,
               Boca Raton, FL 33487-2721
11057291     +Cobblestone Ovens, Inc.,    4301 Regency Drive,    Glenview, IL 60025-5209
11057294     +Cooling  Equipment Service Inc.,    141 Garlisch Drive,    Elk Grove Village, IL 60007-1322
11057295     +Crawford Sausage Co., Inc.,    2310 S. Pulaski Road,    Chicago, IL 60623-3098
11057297     +Cusine DE France,    350 S. Northwest Highway, Suite 302,    Park Ridge, IL 60068-4262
11057298     +Dell Financial Services,    Payment Processing Center,    P.O. Box 5292,
               Carol Stream, IL 60197-5292
11057299      Deluxe Business Checks & Solutions,    P.O. Box 742572,    Cincinnati, OH 45274-2572
11057300     +Discover Finanacial Services, Inc.,    c/o ARSI,    555 St. Charles Dr., Suite 100,
               Thousand Oaks, CA 91360-3983
11057302     +Ducth Farms, Inc.,    1573 Momentum Place,    Chicago, IL 60689-0001
11057303     +EMC Insurance Companies,    P.O. Box 5001,    Oakbrook Terrace, IL 60181-5001
11057304     +First National Bank of Marengo,    677 E. Grant Highway,    Marengo, IL 60152-3431
11057305     +Fisher Printing, Inc.,    8640 S. Oketo,    Bridgeview, IL 60455-1827
11057306     +Glacier Water Services, Inc.,    1385 Park Center Drive,    Vista, CA 92081-8338
11057307     +Global Packaging,    1033 N. Cicero,    Chicago, IL 60651-3202
11057308     +Gordon Food Services,    c/o Biehl & Biehl, Inc.,    411 E. Irving Park Road,
               Bensenville, IL 60106-2230
11057309     +Grange Insurance,    650 S. Front Street,    Columbus, OH 43206-1014
11057310     +Great Lakes Ice Cream,    12355 S. Kedvale,    Alsip, IL 60803-1816
11057311      Harris Bank,    P.O. Box 94033,    Palatine, IL 60094-4033
11057312     +Harris Bank-OD Protection,    P.O. Box 6201,    Carol Stream, IL 60197-6201
11057313     +Hawthorn Mellody,    4043 W. 52nd Place,    Chicago, IL 60632-4245
11057315     +Home Pages American Marketing,     & Publishing LLC,    915 E. Lincoln Highway,
               Dekalb, IL 60115-3941
11057316      Huntley Postal Office,    Postmaster,    Huntley, IL 60142
11057317     +IKG DBA Ez Gregory,    P.O. Box 127,    Danville, IL 61834-0127
11057273      ILL. DEPT. REVENUE,    PO BOX 64338,    Chicago, IL 60664-0338
11187422     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
               (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                100 West Randolph Street  Level 7-400,    Chicago,Illinois  60601)
11057272     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
                POB 21126,    Philadelphia, PA 19114)
11057318      Illinois Department of Agriculture,    P.O. Box 19281,    Springfield, IL 62794-9281
11304850     +JPMorgan Chase Bank,    WPMC - AZ1-2004,    Recovery,    1820 E. Sky Harbor Cir South,
               Phoenix, AZ 85034-4812
11057319     +James & Rebecca Pittwood,    7 N. Lincoln Avenue,    Addison, IL 60101-3537
11057320     +Joseph Sacco,    4923 N. Clifton,    Norridge, IL 60706-2911
11057321     +Keybank Usa,    Po Box 10099,    Toledo, OH 43699-0099
11057322      Levy Diamond Bello & Assoc. LLC,    P.O. Box 352,    Milford, CT 06460-0352
11057323      Liturgical Publications, Inc.,    P.O. Box 510817,    New Berlin, WI 53151-0817
11057324     +Mars Insurance Agency, Inc.,    9 S.E. Virginia Road,    Crystal Lake, IL 60014-7901
11057326     +Merchants Solutions, Inc.,    4422 Roosevelt Road,    Hillside, IL 60162-2032
11057327     +Michael J. Navilio & Son,    2404 S. Wolcott Ave., Unit 26-27,    Chicago, IL 60608-5343
11057328     +Michele Baking Co.,    3140 N. Mannheim,    Franklin Park, IL 60131-2375
11057329     +Monogram Bank N America (MBNA),    Po Box 17054,    Wilmington, DE 19850-7054
11057330     +Nabisco,    c/o A-G Adjustment,    P.O. Box 9109,    Plainview, NY 11803-9009
11057331     +Nealey Foods, Inc.,    900 W. Fulton Market,    Chicago, IL 60607-1397
11057332     +Orlando Greco & Son Imports,    191 Tubeway Drive,    Carol Stream, IL 60188-2249
11057335     +PAUL S. GODLEWSKI,    ONE COURT PLACE #103,    Rockford, IL 61101-1088
11057334     +Parkway Bank & Trust,    c/o Credit Management Systems,    25 Northwest Point Blvd #750,
               Elk Grove Village, IL 60007-1058
11057333      Parkway Bank & Trust,    4800 N. HARLEM,    25 Northwest Point Blvd., #750,
               Harwood Heights, IL 60706
```

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                   Date Rcvd: Nov 08, 2010
Case: 06-16428                Form ID: pdf006              Total Noticed: 91

 11057336      +Peregrine,Stime,Newman,Ritzman,   & Bruckner, Ltd.,    221 E. Illinois Street,
                Wheaton, IL 60187-5409
 11057337      +Perfect Pasta,    31 Fairbank, Unit A,    Addison, IL 60101-3118
 11057338      +Pork King,    c/o Sullivan Hincks & Conway,    120 W. 22nd St., Suite 100,
                Oak Brook, IL 60523-4067
 11057339      +Racconto,    2060 Januce Avenue,    Melrose Park, IL 60160-1011
 11057340       Regal Health Foods,    30705 W. Grand Avenue,    Chicago, IL 60651
 11057341      +Rockford Wholesale Meats,    4808 W. State,    Rockford, IL 61102-1241
 11057342      +Rubinelli, Inc.,    590 Crossroads Parkway,    Bolingbrook, IL 60440-3554
 11057343      +Russell & Miller, Inc.,    P.O. Box 2152,    Santa Fe Springs, CA 90670-0017
 11057350     ++++SOUTHERN WISCONSIN NEWS,    58 ARTISAN DR,    EDGERTON WI 53534-9417
                (address filed with court: Southern Wisconsin News,     1858 Artisan Road,   Edgerton, WI 53534)
 11057344       Sam’s Club,    P.O. Box 530970,    Atlanta, GA 30353-0970
 11057346      +Seafax,    PO Box 15430,    Portland, ME 04112-5430
 11057347      +Sharp Systems, Inc.,    P.O. Box 99,    Rehoboth Beach, DE 19971-0099
 11057349      +Sorling Northrup, Hanna, Cullen,    IL Bldg.,Suite 800,607 E. Adams St,    P.O. Box 5131,
                Springfield, IL 62705-5131
 11057351      +Sprint/Nextel,    P.O. Box 4181,    Carol Stream, IL 60197-4181
 11057352      +Strube Celery & Vegetable Co.,    2404 S. Wolcott Ave., Suit 16-20,    Chicago, IL 60608-5341
 11057353      +Sunrise Milk Distributors,    435 E. North Avenue,    Streamwood, IL 60107-2542
 11057357      +TRM,    5208 NE 122nd Avenue,    Portland, OR 97230-1074
 11057354      +Telecheck Services, Inc.,    P.O. Box 60028,    City Of Industry, CA 91716-0028
 11057355       Terri Lynn, Inc.,    3207 Eagle Way,    Chicago, IL 60678-1032
 11057356      +The Auster Company, Inc.,    2404 S. Wolcott Ave., Unit 32-33,    Chicago, IL 60608-5344
 11057358      +Valli Produce,    400 E. Golf Road,    Arlington Heights, IL 60005-4010
 11057359      +Waste Solutions,    11451 Allison Ct., Unit #6,    Huntley, IL 60142-9621
 11057360      +Weinstein Wholesale Meats, Inc.,    1328 W. Randolph,    P.O. Box 15340,   Chicago, IL 60615-5143
 11057361      +Zone Mechanical, Inc.,    12539 Holiday Dr., #A,    Alsip, IL 60803-3255
The following entities were noticed by electronic transmission on Nov 08, 2010.
 11057292       E-mail/Text: legalcollections@comed.com                            ComEd,   Bill Payment Center,
                Chicago, IL 60668-0001
 11057325      +E-mail/Text: pthon@mchenrysavings.com                            McHenry Savings Bank,
                353 Bank Drive,    Mchenry, IL 60050-0506
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 11057296       Cugini, Inc.
 11057276     ##+Anderson Pest Control,    219 W. Diversey Avenue,    Elmhurst, IL 60126-1103
 11057282     ##+Biehel & biehl,    411 E. Irving Park Rd,    Bensenville, IL 60106-2230
 11080929     ##+Citicorp Trust Bank fsb,    f/k/a Travlers Bank & Trust,    P O BOX 168728,   Irving, TX 75016-8728
 11057293     ##+Conagra Foods,    730 Larch Avenue,    Elmhurst, IL 60126-1522
 11057301     ##+Dominic Mauro,    2281 Douglas Avenue,    Des Plaines, IL 60018-2623
 11057314     ##+HK Foods, Inc.,    D/B/A Corey Brothers Bakery,    813 W. Old Ridge Road,   Hobart, IN 46342-2929
 11057345     ##+Schaefer Meat Packing,    416 Morris Street,    Mundelein, IL 60060-1919
 11057348     ##+Sherwood Food Distributors,    18615 Sherwood Avenue,    Detroit, MI 48234-2813
                                                                                   TOTALS: 1, * 0, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2010**             **Signature:**   *Joseph Speetjens*