UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| CIPOLLA, NICOLA | § | Case No. 06-16428 |
| | § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>  CHAPTER 7 ADMIN. FEES <br>  AND CHARGES <br>  (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>  ADMIN. FEES AND <br>  CHARGES (from **Exhibit 5**) |  |  |  |  |
|   PRIORITY UNSECURED <br>  CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GINA B. KROL_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Insurance Credit | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| Real Estate Tax Credit | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN LASKO & ASSOCIATES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | | | | |
| | AT&T | | | | | |
| | Amigo Foods | | | | | |
| | Anderson Pest Control | | | | | |
| | Antognoli | | | | | |
| | Athenian Foods | | | | | |
| | Bari Foods | | | | | |
| | Bob Evans | | | | | |
| | Bureau of Weights & Measures | | | | | |
| | Cappuccitti Pawlowicz, Acct Service | | | | | |
| | Caufield & Flood | | | | | |
| | Certified Grocers | | | | | |
| | Chicago Tribune | | | | | |
| | Cobblestone Ovens, Inc. | | | | | |
| | Com Ed | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Conagra Foods | | | | | |
| | Cooling Equipment Service Inc. | | | | | |
| | Crawford Sausage Co., Inc. | | | | | |
| | Cusine DE France | | | | | |
| | Dell Financial Services | | | | | |
| | Deluxe Business Checks & Solutions | | | | | |
| | Discover Finanacial Services, Inc. | | | | | |
| | Ducth Farms, Inc. | | | | | |
| | Fisher Printing, Inc. | | | | | |
| | Glacier Water Services, Inc. | | | | | |
| | Global Packaging | | | | | |
| | Gordon Food Services | | | | | |
| | Grange Insurance | | | | | |
| | Great Lakes Ice Cream | | | | | |
| | HK Foods, Inc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank | | | | | |
| | Harris BankOD Protection | | | | | |
| | Hawthorn Mellody | | | | | |
| | Home Pages American Marketing & Publishing LLC | | | | | |
| | Huntley Postal Office | | | | | |
| | IKG DBA Ez Gregory | | | | | |
| | Illinois Department of Agriculture | | | | | |
| | Keybank Usa | | | | | |
| | Levy Diamond Bello & Assoc. LLC | | | | | |
| | Liturgical Publications, Inc. | | | | | |
| | Mars Insurance Agency, Inc. | | | | | |
| | McHenry Savings Bank | | | | | |
| | Merchants Solutions, Inc. | | | | | |
| | Michael J. Navilio & Son | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michele Baking Co. | | | | | |
| | Monogram Bank N America (MBNA) | | | | | |
| | Nabisco | | | | | |
| | Nealey Foods, Inc. | | | | | |
| | Orlando Greco & Son Imports | | | | | |
| | Parkway Bank & Trust | | | | | |
| | Peregrine,Stime,Newman,Ritzman & Bruckner, Ltd. | | | | | |
| | Perfect Pasta | | | | | |
| | Racconto | | | | | |
| | Regal Health Foods | | | | | |
| | Rockford Wholesale Meats | | | | | |
| | Rubinelli, Inc. | | | | | |
| | Russell & Miller, Inc. | | | | | |
| | Sam's Club | | | | | |
| | Schaefer Meat Packing | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sharp Systems, Inc. | | | | | |
| | Sherwood Food Distributors | | | | | |
| | Southern Wisconsin News | | | | | |
| | Sprint/Nextel | | | | | |
| | Strube Celery & Vegetable Co. | | | | | |
| | TRM | | | | | |
| | Telecheck Services, Inc. | | | | | |
| | Terri Lynn, Inc. | | | | | |
| | The Auster Company, Inc. | | | | | |
| | Valli Produce | | | | | |
| | Waste Solutions | | | | | |
| | Weinstein Wholesale Meats, Inc. | | | | | |
| | Zone Mechanical, Inc. | | | | | |
| 000002 | ADVANCE ME, INC.D/B/A BIRDSONG SERV | | | | | |
| 000008 | CINTAS CORP #355 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | EMC INSURANCE COMPANIES | | | | | |
| 000005 | FIRST NATIONAL BANK OF MARENGO | | | | | |
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000006 | PORK KING | | | | | |
| 000010 | SORLING NORTHRUP, HANNA, CULLEN | | | | | |
| 000004 | SUNRISE MILK DISTRIBUTORS | | | | | |
| 000001 | CITICORP TRUST BANK FSB | | | | | |
| 000009 | JPMORGAN CHASE BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
Case 06-16428 Doc 71 Filed 03/20/11 Entered 03/10/11 10:31:35 Desc Main
Document Page 12 of 20
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES
Page: 1

Exhibit 8

| Case No: | 06-16428 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | CIPOLLA, NICOLA | | | | Date Filed (f) or Converted (c): | 12/12/06 (f) |
| | | | | | 341(a) Meeting Date: | 01/16/07 |
| For Period Ending: | 02/21/11 | | | | Claims Bar Date: | 05/14/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RENTAL INCOME | 0.00 | 750.00 | | 12,000.00 | FA |
| 2. RENTAL PROPERTY | 300,000.00 | 112,000.00 | | 112,000.00 | FA |
| 3. REFUND (u) | 0.00 | 94.47 | | 94.47 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 274.29 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $300,000.00 | $112,844.47 | | $124,368.76 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received IRS distribution returned as paid in full. Trustee issued supplemental distribution and is waiting for checks to clear. Trustee will prepare TDR.

Initial Projected Date of Final Report (TFR): 07/31/08     Current Projected Date of Final Report (TFR): 12/31/10

Case 06-16428   Doc 71   Filed 03/10/11   Entered 03/10/11 10:31:35   Desc Main
Document      Page 13 of 20

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 06-16428 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CIPOLLA, NICOLA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4312  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | |
| For Period Ending: | 02/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/07 | 1 | Linda Cipolla<br>716 N. 8th Avenue<br>Addison, IL  60101 | Rent December 2006 | 1122-000 | 750.00 | | 750.00 |
| 02/07/07 | 1 | Linda & Nicola Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | Rent January & February 2007 | 1122-000 | 1,500.00 | | 2,250.00 |
| 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND<br>BOND | 2300-000 | | 1.74 | 2,248.26 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.15 | | 2,249.41 |
| 03/26/07 | 1 | Linda Cipolla | Rent March 2007 | 1122-000 | 750.00 | | 2,999.41 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 1.97 | | 3,001.38 |
| 04/23/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | April 2007 Rent | 1122-000 | 750.00 | | 3,751.38 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.57 | | 3,753.95 |
| 05/23/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | May 2007 Rent | 1122-000 | 750.00 | | 4,503.95 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.25 | | 4,507.20 |
| 06/13/07 | 1 | Linda Cipolla<br>716 N. 8th Avenue<br>Addison, IL  60101 | June 2007 Rent | 1122-000 | 750.00 | | 5,257.20 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.97 | | 5,261.17 |
| 07/09/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | July 2007 Rent | 1122-000 | 750.00 | | 6,011.17 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 4.88 | | 6,016.05 |
| 08/22/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL  60101 | August 2007 Rent | 1122-000 | 750.00 | | 6,766.05 |

Page Subtotals        6,767.79        1.74

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

Ver: 16.01c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 06-16428 -SQU | Trustee Name: | GINA B. KROL | |
|---|---|---|---|---|
| Case Name: | CIPOLLA, NICOLA | Bank Name: | BANK OF AMERICA, N.A. | Exhibit 9 |
| | | Account Number / CD #: | *******4312 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 02/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | Separate Bond (if applicable): | | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.21 | | 6,771.26 |
| 09/24/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | September 2007 Rent | 1122-000 | 750.00 | | 7,521.26 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.36 | | 7,525.62 |
| 10/22/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | October 2007 Rent | 1122-000 | 750.00 | | 8,275.62 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.80 | | 8,280.42 |
| 11/29/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | November 2007 Rent | 1122-000 | 750.00 | | 9,030.42 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.41 | | 9,034.83 |
| 12/18/07 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60101 | December 2007 Rent | 1122-000 | 750.00 | | 9,784.83 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.37 | | 9,789.20 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.88 | | 9,793.08 |
| 02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 9.21 | 9,783.87 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.33 | | 9,786.20 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.31 | | 9,788.51 |
| 04/07/08 | 2 | First American Title Insurance Company<br>608 S. Washington St., Ste. 205<br>Naperville, IL 60540 | Sale of Rental Property | | 109,034.02 | | 118,822.53 |
| | | | Memo Amount: ( 2,674.47 )<br>Real Estate Tax Credit | 2820-000 | | | |
| | | | Memo Amount: ( 291.51 )<br>Insurance Credit | 2420-000 | | | |
| | | | Memo Amount: 112,000.00 | 1110-000 | | | |

Page Subtotals 112,065.69 9.21

UST Form 101-7-TDR (10/1/2010) (Page: 14)

Ver: 16.01c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 06-16428 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CIPOLLA, NICOLA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4312 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | |
| For Period Ending: | 02/21/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/08 | 1 | Linda Cipolla<br>716 N. 8th Ave.<br>Addison, IL 60  1 | Sale of Rental Property<br>Rent/ Jan, Feb & Mar 2008 | 1122-000 | 2,250.00 | | 121,072.53 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 17.07 | | 121,089.60 |
| 05/27/08 | 000303 | Internal Revenue Service | Tax due 12/31/07 | 2810-000 | | 208.00 | 120,881.60 |
| 05/27/08 | 000304 | Illinois Department of Revenue | Tax due 12/31/07 | 2810-000 | | 260.00 | 120,621.60 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 15.38 | | 120,636.98 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 14.84 | | 120,651.82 |
| 07/08/08 | 000305 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Accountant Fees per Court Order | 3410-000 | | 1,158.80 | 119,493.02 |
| 07/08/08 | 000306 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Accountant Expenses per Court order | 3420-000 | | 14.40 | 119,478.62 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 15.24 | | 119,493.86 |
| * 08/19/08 | 000307 | Internal Revenue Service<br>Cincinnati, OH  4599900039 | Tax Due on 2007 1041 | 2810-003 | | 117.41 | 119,376.45 |
| * 08/19/08 | 000307 | Internal Revenue Service<br>Cincinnati, OH  4599900039 | Tax Due on 2007 1041 | 2810-003 | | -117.41 | 119,493.86 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 15.17 | | 119,509.03 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 14.70 | | 119,523.73 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 11.59 | | 119,535.32 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 9.79 | | 119,545.11 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 6.47 | | 119,551.58 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 2.03 | | 119,553.61 |
| 02/17/09 | 000308 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 93.08 | 119,460.53 |

Page Subtotals   2,372.28   1,734.28

Case 06-16428 Doc 71 Filed 03/10/11 Entered 03/10/11 10:31:35 Desc Main
Document Page 16 of 20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4312 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 02/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.83 | | 119,462.36 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.03 | | 119,464.39 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.91 | | 119,469.30 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.07 | | 119,474.37 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.92 | | 119,479.29 |
| 07/22/09 | 000309 | Alan Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 1,760.40 | 117,718.89 |
| 07/22/09 | 000310 | Alan Lasko & Associates<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenses per Court Order | 3410-000 | | 18.30 | 117,700.59 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.07 | | 117,705.66 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,710.66 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,715.50 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,720.50 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,725.34 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,730.34 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,735.34 |
| 02/09/10 | 000311 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 87.39 | 117,647.95 |
| 02/11/10 | 3 | Internal Revenue Service | | 1224-000 | 94.47 | | 117,742.42 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.52 | | 117,746.94 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,751.94 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,756.78 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,761.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.84 | | 117,766.62 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,771.62 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 5.00 | | 117,776.62 |

Page Subtotals  182.18  1,866.09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4312  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 02/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.84 | | 117,781.46 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-002 | 5.00 | | 117,786.46 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-002 | 4.84 | | 117,791.30 |
| 12/02/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-002 | 0.16 | | 117,791.46 |
| 12/02/10 | | Transfer to Acct #*******3853 | Final Posting Transfer | 9999-000 | | 117,791.46 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 112,000.00 | COLUMN TOTALS | | 121,402.78 | 121,402.78 | 0.00 |
| Memo Allocation Disbursements: | 2,965.98 | Less:  Bank Transfers/CD's | | 0.00 | 117,791.46 | |
| | | Subtotal | | 121,402.78 | 3,611.32 | |
| Memo Allocation Net: | 109,034.02 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 121,402.78 | 3,611.32 | |

Page Subtotals    14.84    117,791.46

UST Form 101-7-TDR (10/1/2010) (Page: 17)

Ver: 16.01c

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3853  BofA - Checking Account |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 02/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/02/10 | | Transfer from Acct #*******4312 | Transfer In From MMA Account | 9999-000 | 117,791.46 | | 117,791.46 |
| 12/03/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 9,467.94 | 108,323.52 |
| 12/03/10 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 6,152.52 | 102,171.00 |
| 12/03/10 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 247.21 | 101,923.79 |
| 12/03/10 | 003004 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 3,168.48 | 98,755.31 |
| 12/03/10 | 003005 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street  Level 7-400<br>Chicago,Illinois  60601 | Claim 000003B, Payment 100.00000% | 5800-000 | | 80,980.00 | 17,775.31 |
| * 12/03/10 | 003006 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 21126<br>Philadelphia,  PA 19114 | Claim 000011, Payment 100.00000%<br>(11-1) Modified to creditors<br>address (Modified on 5/15/2007). | 5800-003 | | 3,012.42 | 14,762.89 |
| 12/03/10 | 003007 | Advance Me, Inc.d/b/a Birdsong Services<br>600 Town Park Lane, Suite 500<br>Kennesaw, GA 30144 | Claim 000002, Payment 9.29340% | 7100-000 | | 4,921.99 | 9,840.90 |
| 12/03/10 | 003008 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street  Level 7-400<br>Chicago,Illinois  60601 | Claim 000003A, Payment 9.29340% | 7100-000 | | 1,256.84 | 8,584.06 |
| 12/03/10 | 003009 | Pork King<br>c/o Sullivan Hincks & Conway | Claim 000006, Payment 9.29343%<br>(6-1) Modified to attach correct | 7100-000 | | 753.63 | 7,830.43 |

Page Subtotals    117,791.46    109,961.03

UST Form 101-7-TDR (10/1/2010)  *(Page: 18)*

Ver: 16.01c

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-16428 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | CIPOLLA, NICOLA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3853 BofA - Checking Account |
| Taxpayer ID No: | *******6130 | | | |
| For Period Ending: | 02/21/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/03/10 | 003010 | 120 W. 22nd St., Suite 100<br>Oak Brook, IL 60523<br>JPMorgan Chase Bank<br>WPMC - AZ1-2004<br>Recovery<br>1820 E. Sky Harbor Cir South<br>Phoenix, AZ 85034 | PDF (Modified on 2/27/2007)<br><br>Claim 000009, Payment 9.29339% | 7100-900 | | 7,830.43 | 0.00 |
| * 01/17/11 | 003006 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 21126<br>Philadelphia, PA 19114 | Claim 000011, Payment 100.00000%<br>Check was returned indicating that claim has been paid in full | 5800-003 | | -3,012.42 | 3,012.42 |
| 01/18/11 | 003011 | Advance Me, Inc.d/b/a Birdsong Services<br>600 Town Park Lane, Suite 500<br>Kennesaw, GA 30144 | Claim 000002, Payment 1.89635% | 7100-000 | | 1,004.35 | 2,008.07 |
| 01/18/11 | 003012 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 West Randolph Street  Level 7-400<br>Chicago,Illinois  60601 | Claim 000003A, Payment 1.89633% | 7100-000 | | 256.46 | 1,751.61 |
| 01/18/11 | 003013 | Pork King<br>c/o Sullivan Hincks & Conway<br>120 W. 22nd St., Suite 100<br>Oak Brook, IL 60523 | Claim 000006, Payment 1.89635%<br>(6-1) Modified to attach correct<br>PDF (Modified on 2/27/2007) | 7100-000 | | 153.78 | 1,597.83 |
| 01/18/11 | 003014 | JPMorgan Chase Bank<br>WPMC - AZ1-2004<br>Recovery<br>1820 E. Sky Harbor Cir South<br>Phoenix, AZ 85034 | Claim 000009, Payment 1.89635% | 7100-900 | | 1,597.83 | 0.00 |

Page Subtotals        0.00        7,830.43

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8  Exhibit 9

| | |
|---|---|
| Case No: | 06-16428 -SQU |
| Case Name: | CIPOLLA, NICOLA |
| Taxpayer ID No: | *******6130 |
| For Period Ending: | 02/21/11 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3853  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 117,791.46 | 117,791.46 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 117,791.46 | 0.00 | |
| | | Subtotal | 0.00 | 117,791.46 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 117,791.46 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 112,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 2,965.98 | Money Market Account (Interest Earn - ********4312 | 121,402.78 | 3,611.32 | 0.00 |
| | | BofA - Checking Account - ********3853 | 0.00 | 117,791.46 | 0.00 |
| Total Memo Allocation Net: | 109,034.02 | | 121,402.78 | 121,402.78 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL  Date: 02/21/11
GINA B. KROL

Page Subtotals  0.00  0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Ver: 16.01c
LFORM24